# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | **CIVIL ACTION** |
| v. ) ) | No.  08-1367-MLB |
| QUANETT JOHNSON-MARIN, et al., ) ) | |
| Defendant. ) ) | |

### ORDER TO PAY

The clerk is directed to send a wire payment to the following:

1) $27727.53 payable to Rosa Angelica Hernandez Ramirez, #2 Jimenez Calle, Bermejillo, Durango, Mexico.  The wiring instructions are to transmit payment to BBVA Bancomer, SWIFT code BCMRMXMMPYM, CLABE Account Code is 012060029371477753, Numero de Sucursal 0378.

2) $27727.53 payable to Adulfo Hernandez Ramirez, #2 Jimenez Calle, Bermejillo, Durango, Mexico.  The wiring instructions are to transmit payment to BBVA Bancomer, SWIFT code BCMRMXMMPYM, CLABE Account Code is 012060029371491823, Numero de Sucursal 0378.

3) $27727.52 payable to Yerick Hernandez Ramirez, #2 Jimenez Calle, Bermejillo, Durango, Mexico.  The wiring instructions are to transmit payment to BBVA Bancomer, SWIFT code BCMRMXMMPYM, CLABE Account Code is 012060029371453227, Numero de Sucursal 0378.

IT IS SO ORDERED.

Dated this   5th   day of April 2013, at Wichita, Kansas.

                                                    s/ Monti Belot
                                                    Monti L. Belot
                                                    UNITED STATES DISTRICT JUDGE